

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JERSUS GONZALEZ MOLINA,<br><br>    Defendant. | Case No.: 19-MJ-951<br><br>ORDER OF DETENTION<br>[18 U.S.C. §§ 3148(b), 3143(a)] |

On March 8, 2019, Defendant made his initial appearance in this district following his arrest on a bench warrant issued by the United States District Court for the District of Kansas on March 6, 2019, for alleged violations of the terms and conditions of pretrial release. Deputy Federal Public Defender Adithya Mani was appointed to represent Defendant.

The Court has reviewed the files and records in this matter, including the report prepared by the U.S. Pretrial Services Agency and its recommendation of detention.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1.    Based on the factors set forth in 18 U.S.C. § 3142(g), there is no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to

1

the community or to others if allowed to remain on bail pending future court proceedings.

2. The Court has taken into account the allegations of defendant's noncompliance with the conditions of pretrial release as alleged in the petition for action on conditions of pretrial release and warrant for arrest issued by the United States District Court for the District of Kansas.

The Court finds that, as set forth in the motion to revoke pretrial release, there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT THEREFORE IS ORDERED that defendant is remanded to the custody of the United States Marshal to be transported to the District of Kansas for further proceedings. The Court is informed that a change of plea hearing is presently scheduled for April 9, 2019 at 9:30 a.m., in the District of Kansas.

Dated: March 12, 2019

/s/
ALKA SAGAR
UNITES STATES MAGISTRATE JUDGE